

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2017

No. 04-17-00395-CV

James Willie **MYART**,
Appellant

v.

**REFUGIO PLACE APARTMENTS**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2017CV02638
Honorable Karen Crouch, Judge Presiding

## O R D E R

Appellee has filed a motion asking us to "confirm" the issuance of writ of possession and, alternatively, to "confirm" the trial court's jurisdiction to issuance of a new writ of possession because appellant's failure to supersede the judgment to comply with Texas Rule of Civil Procedure 510.9 and Texas Property Code section 24.007. Because doing so would require us to render an advisory decision or opinion about the status or validity of the writ of possession or the trial court's authority to issue any new writ of possession, appellee's motion is denied in full. *See Rusk State Hosp. v. Black*, 392 S.W.3d 88, 95 (Tex. 2012) ("[T]he Texas Constitution does not afford courts jurisdiction to make advisory decisions or issue advisory opinions.").

Appellee has also filed a motion to compel appellant's compliance with Texas Rule of Appellate Procedure 9.5. Appellee complains appellant failed to serve appellee with a copy of the notice of appeal and the docketing statement. The notice of appeal and docketing statement filed in this court do not contain a proper certificate of service showing appellant served appellee with a copy of the filings. Appellee's motion is therefore granted. We **order** appellant, James Myart, to comply with Rule 9.5's requirement that he serve documents filed with this court on appellee's lead counsel at or before the time of a document's filing. *See* TEX. R. APP. P. 9.5(a), (d).

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2017.



_Luz Estrada_
Luz Estrada
Chief Deputy Clerk